AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Essie L. Saints

V.            **JUDGMENT IN A CIVIL CASE**

Donald C. Winter

CASE NUMBER:  05CV0806-JAH(RBB(

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss is granted without prejudice as to Plaintiff's breach of contract claim and the second amended complaint is dismissed.

| August 29, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/J. Petersen
(By) Deputy Clerk
ENTERED ON August 29, 2007

05CV0806-JAH(RBB(