# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Essie L. Saints

                V.                          **AMENDED JUDGMENT IN A CIVIL CASE**

Donald C. Winter

                                      **CASE NUMBER:**   05CV0806-JAH(RBB)

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss is granted with prejudice as to Plaintiff's breach of contract claim and the second amended complaint I dismissed.


September 12, 2007                                        W. Samuel Hamrick, Jr.
      Date                                                      Clerk

                                                                    s/J. Petersen
                                                             (By) Deputy Clerk
                                                          ENTERED ON September 12, 2007